# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138506 & (10)(11)

In re WELLINGTON HAYES and
ELIZABETH L. HAYES REVOCABLE
TRUST

_____/

ROBERT P. LADD,
                Petitioner-Appellee,

v                                                   SC: 138506
                                                    COA: 290931
                                                    St. Clair CC: 09-000230-AV

PATRICIA SUNDERMAN,
                Respondent-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009                         _____
                                                        Clerk

d0331